BEFORE THE SECOND DIVISION, JANAUARY 24, 1950

**No. 53964.**—American Merchandise Co., Inc., et al. *v.* United States, protests 36036–K, etc. (New York).

Opinion by LAWRENCE, J. The protests were dismissed.

**No. 53965.**—Ramallah Trading Co. *v.* United States, protests 514750–G, 514751–G, and 514752–G (New York).

Opinion by RAO, J. By virtue of the decision in *United States* v. *American Viscose Corporation* (30 C. C. P. A. 240, C. A. D. 239), the protests were dismissed.

**No. 53966.**—R. H. Macy & Co., Inc. *v.* United States, protests 669515–G and 673404–G (New York).

Opinion by RAO, J. By virtue of the decision in *United States* v. *American Viscose Corporation* (30 C. C. P. A. 240, C. A. D. 239), the protests were dismissed.

**No. 53967.**—Globe Sanitary Rag Corp. et al. *v.* United States, protests 793507–G, etc. (New York).

Opinion by RAO, J. The protests were dismissed.

**No. 53968.**—Liberty Lace & Netting Works et al. *v.* United States, protests 111995–K, etc. (New York).

Opinion by RAO, J. The protests were dismissed.

**No. 53969.**—Abraham & Straus, Inc., et al. *v.* United States, protests 135683–K, etc. (New York).

Opinion by RAO, J. The protests were dismissed.